# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LONNIE B. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-0483-CV-W-FJG |
| | ) |
| JOANNE BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration | ) |
| | ) |
| Defendant. | ) |

## ORDER

Currently pending before the Court is plaintiff's Application for Attorney Fees Pursuant to The Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. #23). Plaintiff has requested reimbursement in the amount of $ 8,137.50 for attorney fees which represents 54.25 hours at the rate of $150.00 per hour. Defendant states that after discussions with plaintiff's counsel they have agreed to an award of attorney fees in the amount of $4,000.00.

Accordingly, it is hereby **ORDERED** that plaintiff's application for attorney fees is **GRANTED** and counsel shall be awarded payment of $ 4,000.00 in attorney fees.

Date: December 13, 2005  **S/ FERNANDO J. GAITAN JR.**
Kansas City, Missouri  Fernando J. Gaitan Jr.
United States District Judge